

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BAREE N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08

July 31, 2008

**BY FAX**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

        Re: Edward Jones v. City, et al.
            08 CV 4006 (GEL)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York, in this matter. On May 27, 2008, this office requested an enlargement of time from May 28, 2008, until July 28, 2008, for the defendant to answer or otherwise respond to the complaint. Plaintiff's counsel consented to this application. By Order dated May 28, 2008, Your Honor granted defendant's application.

       I write to apologize to the Court for inadvertently missing the deadline within which to file defendant's answer. If the Court allows, this office will file defendant's answer no later than August 4, 2008. Plaintiff's counsel consents to this application.

       Thank you for your consideration of this request.

**SO ORDERED**
*/s/ Gerard E. Lynch*
GERARD E. LYNCH/U.S.D.J.
8/1/08

Respectfully submitted,

*/s/ Baree N. Fett*
Baree N. Fett (BF9416)
Assistant Corporation Counsel

cc:   Tracie A. Sundack, Esq., (By Fax)